

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-20-2006

# Lebegern v. Forman

Precedential or Non-Precedential: Precedential

Docket No. 05-1992

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Lebegern v. Forman" (2006). *2006 Decisions.* Paper 7.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/7

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-1992

JEAN L. LEBEGERN, Administratrix Ad Prosequendum and
Administratrix for the Estate of Daniel L. Carson, Deceased;
JANET GOLONKA; INSURANCE COMPANY

v.

GLENN FORMAN, INDIVIDUALLY and t/a FORMAN'S AUTO BODY
a/k/a FOREMAN'S AUTO a/k/a FORMAN'S COLLISION CENTER
a/k/a FORMAN'S SERVICE CENTER; STEPHEN J. CRACKER;
MICHAEL J. WEISS, an Adult Individual, Individually
and t/a MIKE'S TRUCK CENTER AND GOOD TIME CYCLES;
KENNETH W. ALBERT, t/a GOOD TIME CYCLES

Jean L. Lebegern,

Appellant.

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 02-cv-05598)
District Judge: Honorable Jerome B. Simandle

Argued on January 12, 2006

Before: FUENTES, ROSENN* and ROTH**, <u>Circuit Judges</u>.

*This case was submitted to the panel of Judges Fuentes, Rosenn and Roth. Judge Rosenn died after submission, but before the filing of the opinion. The decision is filed by a quorum of the panel. 28 U.S.C.§46(d).
**Judge Roth assumed senior status on May 31, 2006.

**ROTH, <u>Circuit Judge</u>:**

## <u>ORDER AMENDING SLIP OPINION</u>

**IT IS ORDERED** that the published Opinion in the above case, filed on

December 18, 2006, be amended as follows:

**On page 11, Line 2**, delete the word "preceeds" and replace with "precedes".

By the Court,

      /s/ Jane R. Roth
Circuit Judge

Dated: December 20, 2006